**CERTIFICATE OF SERVICE**

I, Sulan Peng, for Plaintiff, Yi Sui Lin, hereby certify that on this 8th day of May 2008, have caused a true and accurate copy of the foregoing Complaint for Mandamus, to be mailed, postage pre-paid to the following defendants:

Michael Chertoff, Secretary
U.S. Department of Homeland Security
Office of the General Counsel
Washington, DC 20528

Andrea Quarantillo, District Director
U.S. Citizenship & Immigration Services
Jacob Javits Federal Building
26 Federal Plaza
New York, NY 10278

Michael B. Mukasey, U.S. Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

United States Attorney's Office
For the Southern District of New York
86 Chambers Street
New York, NY 10007

 

_____
Sulan Peng
The Law Offices of Madeo & Fasano
299 Broadway, Suite 810
New York, NY 10007