UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YI-SUI LIN,

                Plaintiff,                      **ECF CASE**

      v.

                                                        08 Civ. 4356 (LAP)

ANDREA QUARANTILLO,

                Defendant.                NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          June 4, 2008

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                  By:    /s/_____
                                                 SHANE P. CARGO
                                                 Assistant United States Attorney
                                                 86 Chambers Street, 3rd Floor
                                                 New York, New York 10007
                                                 Telephone: (212) 637-2711
                                                 Facsimile: (212) 637-2786
                                                 Email: shane.cargo@usdoj.gov

TO:    Raymond Fasano, Esq.
         Law Office of Madeo & Fasano
         299 Broadway, Suite 810
         New York, NY 10007