UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI-SUI LIN,

        Petitioner,

- against -

ANDREA QUARANTILLO,

        Respondent.

No. 08 Civ. 4356 (LAP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for respondent to answer, move, or otherwise respond to the above-captioned petition is hereby adjourned to August 25, 2008.

New York, New York
July 16, 2008

THE LAW OFFICES OF MADEO & FASANO
Attorneys for Petitioner

H. Raymond Fasano, Esq.
111 Broadway, Suite 810
New York, New York 10007
Tel.  (212) 791-7791
Fax  (212) 791-9706

New York, New York
July 17, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

Hon. Loretta A. Preska
United States District Judge

July 18, 2008

- page 1 of 1 -

A73-612-732

TOTAL P.02