USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/08

RECEIVED

AUG 1 9 2008

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI-SUI LIN,<br><br>    Petitioner,<br><br>- against -<br><br>ANDREA QUARANTILLO,<br><br>    Respondent. | No. 08 Civ. 4356 (LAP)<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for respondent to answer, move, or otherwise respond to the above-captioned petition is hereby adjourned to September 30, 2008.

New York, New York　　　　　　　　　　New York, New York
August 18, 2008　　　　　　　　　　　　August 18, 2008

THE LAW OFFICES OF MADEO & FASANO　　MICHAEL J. GARCIA
Attorneys for Petitioner　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　　　　　　Attorney for Respondent

_____　　　　_____
H. Raymond Fasano, Esq.　　　　　　　Shane Cargo, Esq.
11 Broadway, Suite 810　　　　　　　　Assistant United States Attorney
New York, New York 10007　　　　　　 86 Chambers Street, 3rd Floor
Tel.　(212) 791-7791　　　　　　　　　New York, New York 10007
Fax　(212) 791-9706　　　　　　　　　Tel.　(212) 637-2711
　　　　　　　　　　　　　　　　　　　Fax　(212) 637-2786

SO ORDERED:

_____
Hon. Loretta A. Preska
United States District Judge

August 20, 2008

- page 1 of 1 -　　　　　　　　　　　A73-612-732